```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 63833
    MICHELLE A BECKFORD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7451


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/08/2005 and was confirmed 07/27/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE   SECURED NOT I        .00            .00            .00
CHASE HOME FINANCE LLC     CURRENT MORTG        .00            .00            .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE   22271.78            .00       11507.20
GREATER CHICAGO FINANCE    SECURED          1500.00          22.88        1500.00
SECRETARY OF HOUSING & U   SECURED          8242.56            .00        4258.78
SECRETARY OF HOUSING & U   UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   SECURED          1950.00            .00        1007.50
INTERNAL REVENUE SERVICE   PRIORITY         5808.45            .00        4188.15
AMERICAN HOME SHIELD       UNSECURED      NOT FILED            .00            .00
BLACK EXPRESSIONS          UNSECURED      NOT FILED            .00            .00
COMCAST                    UNSECURED      NOT FILED            .00            .00
COMED                      UNSECURED      NOT FILED            .00            .00
DIRECT TV                  UNSECURED      NOT FILED            .00            .00
ERIE INSURANCE EXCHANGE    UNSECURED      NOT FILED            .00            .00
HOLMES REGIONAL MED CTR    UNSECURED      NOT FILED            .00            .00
INGALLS MEMORIAL HOSPITA   UNSECURED      NOT FILED            .00            .00
JOEL CARDIS INC            UNSECURED      NOT FILED            .00            .00
CREDIT COLLECTION SERVIC   UNSECURED      NOT FILED            .00            .00
NEXTEL COMMUNICATIONS      UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
OXMOOR HOUSE               UNSECURED      NOT FILED            .00            .00
PRODIGY PREP ACADEMY       UNSECURED      NOT FILED            .00            .00
QUICK PAYDAY LOANS         UNSECURED         460.00            .00            .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED            .00            .00
SCOTT HITE MD              UNSECURED      NOT FILED            .00            .00
SOUMA DIANOSTICS           UNSECURED      NOT FILED            .00            .00
SULLIVAN URGENT AID        UNSECURED      NOT FILED            .00            .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00            .00
ECMC                       UNSECURED         9636.43           .00            .00
TOTAL CALL INTL            UNSECURED      NOT FILED            .00            .00
TRINITY C U                UNSECURED      NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63833 MICHELLE A BECKFORD
```

```
ULTRA FOODS                  UNSECURED       NOT FILED              .00              .00
VAN SENUS CHIROPRACTOR       UNSECURED       NOT FILED              .00              .00
WOMENS HEALTH RESOURCES      UNSECURED       NOT FILED              .00              .00
GREATER CHICAGO FINANCE      UNSECURED          254.64              .00              .00
INTERNAL REVENUE SERVICE     UNSECURED        11704.11              .00              .00
ALLIED INTERSTATE            NOTICE ONLY     NOT FILED              .00              .00
COMCAST                      NOTICE ONLY     NOT FILED              .00              .00
DIRECT TV                    NOTICE ONLY     NOT FILED              .00              .00
ER SOULTIONS INC             NOTICE ONLY     NOT FILED              .00              .00
ENCORE RECEIVABLE MANAGE     NOTICE ONLY     NOT FILED              .00              .00
TCF NATIONAL BANK            NOTICE ONLY     NOT FILED              .00              .00
ERNESTO D BORGES JR          DEBTOR ATTY          .00                                .00
TOM VAUGHN                   TRUSTEE                                            1,511.49
DEBTOR REFUND                REFUND                                             1,220.00
```

Summary of Receipts and Disbursements:

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|------------|---------------|
| TRUSTEE              | 25,216.00  |               |
| PRIORITY             |            | 4,188.15      |
| SECURED              |            | 18,273.48     |
| INTEREST             |            | 22.88         |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | .00           |
| TRUSTEE COMPENSATION |            | 1,511.49      |
| DEBTOR REFUND        |            | 1,220.00      |
| TOTALS               | 25,216.00  | 25,216.00     |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE